WILLIAM H. POPHAM, Respondent, *v.* THE TWENTY-THIRD STREET RAILWAY COMPANY, Impleaded, etc., Appellant.

*Osborn E. Bright* for appellant.

*Charles E. Crowell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE UNION DIME SAVINGS INSTITUTION OF THE CITY OF NEW YORK, Respondent, *v.* THOMAS L. SANFORD, Impleaded, etc., Appellant.

(Argued December 18, 1884 ; decided December 19, 1884.)

*Robert Sewell* for appellant.

*William Henry Arnoux* for respondent.

Agree to affirm on authority of *U. D. S. Institution* v. *Wilmot* (94 N. Y. 221).